

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: Pentex Foundation and Joshua
Unger, Trustee of GBU Friends and
Associates Trust

No. 06-15-00003-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED JANUARY 30, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk